IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**EDMUNDO AMPARAN and**
**KIMBERLY L. AMPARAN,**

    Plaintiffs,

vs.

                              No. 1:15-CV-00045  GBW/LAM

**MEVLUT BERKAY DEMIR,**
**DENIZCAN KARADENIZ, and**
**AVIS RENT A CAR SYSTEM, LLC,**
**a Delaware Limited Liability Company.**

    **Defendants.**

## ORDER GRANTING UNOPPOSED MOTION FOR SERVICE OF PROCESS

**THIS MATTER** is before the Court on Plaintiffs' *Motion for Service of Process (Doc. 16)* (hereinafter "Motion").  The Court, being advised that Defendant Avis Rent A Car System, LLC does not take a position with regard to this Motion, and being fully apprised of the circumstances and the record of this case, **FINDS** that the motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion is hereby **GRANTED**.  Plaintiffs are authorized to effect service of process on the New Mexico Secretary of State **within thirty days of the entry of this Order**.

**IT IS FURTHER ORDERED** that Plaintiffs shall personally deliver to Defendants Mevlut Berkay Demir and Denizcan Karadeniz notices and copies of the documents required by N.M.S.A. 1978 § 66-5-104, and shall file proof of such service in the manner described in N.M.S.A. 1978 § 66-5-104.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**


SUBMITTED BY: *(Prior to modification by the Court)*

KELEHER & McLEOD, P.A.

By    */s/ Christina Muscarella Gooch*
   Kurt Wihl
   Christina Muscarella Gooch
   PO Box AA
   Albuquerque, NM  87103
   Telephone:  (505)346-4646
   Facsimile:  (505)346-1370
   *Attorneys for Plaintiffs*


NO POSITION TAKEN:

  */s/ Aaron Kugler via email 4/2/15*
Aaron R. Kugler
Nathan B. Anderson
Christopher P. Winters
4801 Lang NE Suite 200
Albuquerque, NM 87109
*Attorneys for Defendant Avis*