IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ALEX SALAZAR**

    **Plaintiff,**

vs.

    No. CIV 16-120 RB/KK

**ALBUQUERQUE BERNALILLO
COUNTY WATER UTITLITY AUTHORITY,**
    **Defendants.**

## CLERK'S ORDER SETTLING COSTS

THE CLERK, pursuant to Rule 54 of the Local Rules of Civil Procedure for the United States District Court, District of New Mexico, effective January 1, 2012, and after reviewing Defendant's Motion for Taxation of Costs, [**Doc. 37**], filed February 10, 2017, finds as follows:

Pursuant to D.N.M.LR-Civ 7.1(b), Plaintiffs failure to respond to Defendant's Motion for Taxation of Costs constitutes consent to grant the motion.

**IT IS HEREBY ORDERED** that Defendant's Motion for Taxation of Costs is granted.

**ACCORDINGLY**, costs are taxed against Plaintiffs and in favor of Defendant's in the amount of $2,577.73. Application for review by the Court, if desired, shall be made within seven (7) days of this order.

                                                               _____
                                                               Matthew J. Dykman, Clerk of Court
                                                               United States District Court