IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDMUNDO AMPARAN and
KIMBERLY L. AMAPARN,

      Plaintiffs,

v.                                                        No. 1:15-cv-00045 WJ/GJF

MEVLUT BERK DEMIR, et al.,

      Defendants.

## **JUDGMENT**

THIS MATTER came before the Court upon the following four motions filed on November 4, 2016: Defendant Lake Powell Car Rental Companies' Motion for Summary Judgment (**Doc. 105**); Defendant Avis Rent A Car System, LLC's Motion for Summary Judgment on Plaintiff's Claim for Negligent Entrustment (**Doc. 106**); Defendant Avis Rent A Car System, LLC's Motion for Summary Judgment on Plaintiff's Claim for Negligent Supervision and Training (**Doc. 107**); and Defendant PV Holding Corporation's Motion for Summary Judgment (**Doc. 108**).

Pursuant to the findings and conclusions set forth in the Court's Orders granting Defendants' Motions (**Docs. 150, 151 and 156**), the Court found that Defendants' Motions were well-taken and therefore granted. The Court found that the claims against Defendants should be dismissed with prejudice.

Moreover, the Court has already granted the parties' Joint Motion to Dismiss Plaintiff's Claims Against Defendants Mevlut Berkay Demir And Denizcan Karadeniz With Prejudice

(Doc. 167).  **IT IS THEREFORE ORDERED** and **ADJUDGED** that all claims in this action are hereby DISMISSED WITH PREJUDICE, thus disposing of this case in its entirety.

_____
UNITED STATES DISTRICT JUDGE