# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

EDMUNDO AMPARAN and
KIMBERLY L. AMPARAN,

      Plaintiffs,

v.                                          No.: 1:15-CV-00045 WJ/GJF

MEVLUT BERKAY DEMIR, et al.

      Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Edmundo and Kimberly Amparan, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the following orders:

    1.    Memorandum Opinion and Order Granting Defendant Lake Powell Car Rental Companies' Motion for Summary Judgment (Doc. 150) entered on February 13, 2017 and rendered final by Judgment (Doc. 172) entered on May 17, 2017.

    2.    Memorandum Opinion and Order Granting Defendant Avis Rent A Car Systems, LLC's Motion for Summary Judgment on Plaintiffs' Claim for Negligent Entrustment (Doc. 151) entered on February 13, 2017 and rendered final by Judgment (Doc. 172) entered on May 17, 2017.

    Dated:  June 7, 2017.

**KELEHER & McLEOD, P.A.**

By: */s/ Thomas C. Bird*
Thomas C. Bird
Kurt Wihl
Christina Muscarella Gooch
P.O. Box AA
Albuquerque, NM  87103
Telephone:  (505)346-4646

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 7, 2017, I filed the foregoing electronically through the CM/ECF system, which caused counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

| | |
|---|---|
| **Nathan B. Anderson**<br>nanderson@allenlawnm.com | **Gregory L. Biehler**<br>greg.biehler@lewisbrisbois.com |
| **Eric M Brittain**<br>brittain@windlehood.com | **Jill M Collins**<br>jill.collins@lewisbrisbois.com |
| **Jonathan A Garcia**<br>jagarcia@guebertlaw.com | **Robert Gentile**<br>rgentile@guebertlaw.com |
| **Terry R. Guebert**<br>tguebert@guebertlaw.com | **Aaron Randall Kugler**<br>akugler@allenlawnm.com |
| **Christopher P Winters**<br>cwinters@allenlawnm.com | |

*/s/ Thomas C. Bird*
*Thomas C. Bird*

4812-1142-8425, v. 1

2