# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker      March 07, 2018     Chris Wolpert
Clerk of Court     Chief Deputy Clerk

Mr. Matthew Dykman
District of New Mexico- Albuquerque
Pete V. Domenici U.S. Courthouse
333 Lomas N.W., Suite 270
Albuquerque, NM 87102

**RE:**     **17-2094, Amparan, et al v. Lake Powell Car Rental, et al**
Dist/Ag docket: 1:15-CV-00045-WJ-GJF

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     Thomas Cameron Bird
Jonathan A Garcia
Robert Frank Gentile
Terry R. Guebert
Kurt Wihl

EAS/at