**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**February 13, 2018**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

EDMUNDO AMPARAN; KIMBERLY L.
AMPARAN,

    Plaintiffs - Appellants,

v.

LAKE POWELL CAR RENTAL
COMPANIES,

    Defendant - Appellee,

and

MEVLUT BERKAY DEMIR;
DENIZCAN KARADENIZ; PV
HOLDING CORPORATION, a Delware
corporation,

    Defendants.

No. 17-2094
(D.C. No. 1:15-CV-00045-WJ-GJF)
(D. N.M.)

_____

### JUDGMENT
_____

Before **BACHARACH**, **MURPHY**, and **McHUGH**, Circuit Judges.
_____

This case originated in the District of New Mexico and was argued by counsel.

The judgment of that court is affirmed.


Entered for the Court


ELISABETH A. SHUMAKER, Clerk